Opinion issued June 13, 2002













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00509-CR

____________


SHAWN DAVID HAYES, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 183rd District Court

Harris County, Texas

Trial Court Cause No. 889405






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced to deferred adjudication community supervision in this case on October 1,
2001. No motion for new trial was filed. The deadline for filing notice of appeal was
therefore October 31, 2001, 30 days after sentencing. See Tex. R. App. P. 26.2(a)(1). 
Notice of appeal was filed on April 26, 2002, well after the deadline.

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.